

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
SAATCHI & SAATCHI NORTH AMERICA, INC.

JORDON R. HARLAN, (CA Bar No. 273978)
jordon@harlanpc.com
HARLAN LAW, PC
2404 Broadway, 2nd Floor
San Diego, California 92102
Telephone: (619) 870-0802
Facsimile: (619) 870-0815

Attorney for Plaintiff
ANDREW ROBERT GARRAWAY

E-FILED
NOV - 5 2020
Document #_____

JS-6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION (LOS ANGELES COUNTY)

| | |
|---|---|
| ANDREW ROBERT GARRAWAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAATCHI & SAATCHI NORTH AMERICA, INC., a Delaware corporation doing business as TEAM ONE; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-04056-PSG-FFM<br><br>JOINT STIPULATION OF DISMISSAL; ORDER<br><br>Trial: 1/13/21 |

### STIPULATION

WHEREAS, this Action was removed to the United States District Court for the Central District of California on May 9, 2019 and Plaintiff Andrew Garraway filed a First Amended Complaint on December 31, 2019 alleging: (1) Discrimination in Violation of FEHA; (2) retaliation in violation of FEHA; (3) failure to prevent discrimination and retaliation in violation of FEHA; and

(4) wrongful termination in violation of public policy. In addition, Employee added claims for (5) interference with Family and Medical Leave Act ("FMLA") and (6) discrimination and retaliation in violation of FMLA and dismissed the defamation/slander claim.

    WHEREAS, on July 28, 2019, Plaintiff and Defendants (*collectively* "the Parties") and their respective counsel of record participated in a successful mediation session with the Hon. Susanne Bruguera.

    WHEREAS, the Parties entered into a written settlement agreement, by which Plaintiff releases all claims and causes of action against Defendants with prejudice, including the claims asserted by him in this Action;

    THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), to dismiss the above-captioned matter with prejudice. This stipulation and dismissal completely terminates the above-entitled action against all parties. Each party will bear its/his own attorneys' fees and costs.

    The Parties hereto also request that this Court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Dated: October 26, 2020    **HARLAN LAW, PC**

By: /s/ Jordon R. Harlan
Jordon R. Harlan
Attorney for Plaintiff,
ANDREW GARRAWAY

Dated: October 26, 2020    **SEYFARTH SHAW**

By: /s/ Michael J. Burns
Michael J. Burns
Attorneys for Defendants
SAATCHI & SAATCHI NORTH
AMERICA, INC. et al

IT IS SO ORDERED.
DATED: 11/5/2020
UNITED STATES DISTRICT JUDGE

## ATTESTATION

I, Michael J. Burns, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 26, 2020

By: /s/ Michael J. Burns
Michael J. Burns